```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-04516-JJT
Timothy Scott Fraley                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: REshelman          Page 1 of 1          Date Rcvd: Dec 03, 2018
                              Form ID: ordsmiss        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2018.
```
db              +Timothy Scott Fraley,    88 Bybrook Road,    Williamsport, PA 17701-1103
5123484         +Deutsche Bank National Trust Company,    Select Portfolio Services (SPS),    PO Box 65250,
                  Salt Lake City, Utah 84165-0250
5123482         +Old Lycoming Area Authority,    1951 Green Ave.,    Williamsport, PA 17701-1582
5123480         +PPL Electric Utilities,    2 North 9th Steet,    Allentown, PA 18101-1179
5123479         +University of Pittsburg Medical Center (UPMC),    700 High Street,    Williamsport, PA 17701-3100
5123481         +Verizon Wireless,    1931 E. 3rd Street,    Williamsport, PA 17701-3901
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5123483         +EDI: CINGMIDLAND.COM Dec 04 2018 00:19:00      AT&T,    2495 E. 3rd St.,
                  Williamsport, PA 17701-4080
                                                                                              TOTAL: 1
```

                    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage
               Pass-Through Certificates, Series 2006 HE5 bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Timothy Scott Fraley,           Chapter     13

**Debtor 1**

Case No.     4:18–bk–04516–JJT

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: December 3, 2018          By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: REshelman, Deputy Clerk

ordsmiss (05/18)